UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL HAYNES,<br><br>                           Plaintiff,<br>v.<br>HOME DEPOT U.S.A., INC.,<br><br>                           Defendant. | Case No.: 15-CV-1038-CAB-JLB<br><br>**JUDGMENT** |

In light of the jury's verdicts, **JUDGMENT** is entered in favor of Defendant Home Depot U.S.A., Inc., and against Plaintiff Carl Haynes.

**IT IS SO ORDERED.**

Dated: August 2, 2021

                                        Hon. Cathy Ann Bencivengo
                                        United States District Judge